Henry H. Morey, appellant, v. Harvey Morrell, appellee. Gen. No. 34,603.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed January 26, 1931.

Channing L. Sentz, for appellant. Leslie J. Taylor, E. E. Adams and Gottlieb & Schwartz, for appellee; Claude A. Roth and Irving T. Zemans, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Mary J. Palmer, appellant, v. Charles M. Field and Rose G. Field, his wife, appellees. Gen. No. 34,621.

Heard in the first division of this court for the first district at the October term, 1931. Opinion filed January 26, 1931.

Charles G. Palmer, for appellant; Clyde C. Fisher, of counsel. No appearance for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

Anthony Mangano and Anthony Pelegrino, administrators of the estate of Frank Mangano, deceased, appellants, v. Daniel W. Voltz et al., appellees. Gen. No. 34,651.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed January 26, 1931.

Arkin, Berman & Marks, for appellants; Francis J. Higgins, of counsel. A. S. and E. W. Froehlich, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

Raymond A. Johnson, defendant in error, v. Frans A. Olson, plaintiff in error. Gen. No. 34,675.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed January 26, 1931.

Robert W. Dunn, for plaintiff in error. Cochrane & George, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.